UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

In Re                                    §
TMT Procurement Corporation, *et al.*    §
                                         §          Civil Action 13-2301
                          Debtors.       §          Bankruptcy 13-33763

## Management Order

1.  The motion by Mega International Commercial Bank Co., Ltd., for relief from the automatic stay is denied. (65)

2.  The lenders must not depose Toshio Gomi, Howard Tien, or T. C. Chang. (68)

3.  The lenders may send 32 specific questions to the debtors. After receiving the questions, the debtors must answer them within 48 hours.

4.  The debtors may inquire with their interim lender about whether it would temporarily finance their ships if the court protected the loans.

5.  The debtors must promptly give Mega Bank:
    A.  A term sheet showing the basic details of their interim financing.
    B.  Papers about the Ladybug's operations, salvages, and current status.
    C.  The previously requested financial data and charter information.

6.  The parties must promptly give the court what they think are the most important portions of the bankruptcy record.

Signed on September 25, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge